# IN THE SUPREME COURT OF THE STATE OF NEVADA

ENOMA UYG IGBINOVIA,
                Appellant,

vs.

JERRY HOWELL, WARDEN; AND THE
STATE OF NEVADA,
                Respondents.

No. 81662

FILED

MAR 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus challenging the computation of time served. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

In response to an order of this court, the Attorney General advises that appellant has been released on parole. Thus, this appeal is moot. *See Williams v. State, Dep't of Corr.*, 133 Nev. 594, 600 n.7, 402 P.3d 1260, 1265 n.7 (2017). (providing that when considering the computation of sentence credits that would make an inmate eligible for parole, "no relief can be afforded where the offender has already expired the sentence or appeared before the parole board on the sentence." (internal citation omitted)). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-05920

cc: Hon. Jerry Wiese, District Judge
Enoma Uyg Igbinovia
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk